■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL WALTERS, Appellant. [22 NYS3d 875]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 24, 1997 (*People v Walters*, 244 AD2d 587 [1997]), affirming a judgment of the Supreme Court, Queens County, rendered March 22, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Hall, J.P., Austin, Roman and Barros, JJ., concur.